ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 6:59 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/16/2025 6:59:11 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS

CECILE ERWIN YOUNG, IN HER OFFICIAL CAPACITY AS EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MOLINA HEALTHCARE OF TEXAS, INC., AND AETNA BETTER HEALTH OF TEXAS, INC., *Appellants,*

v.

COOK CHILDREN'S HEALTH PLAN, TEXAS CHILDREN'S HEALTH PLAN, SUPERIOR HEALTHPLAN, INC., AND WELLPOINT INSURANCE COMPANY, *Appellees.*

On Appeal from the 455th Judicial District Court, Travis County, Texas
Cause No. D-1-GN-24-003839

MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW P. GORDON

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

I, Matthew P. Gordon, respectfully file this motion for *pro hac vice* admission, to appear before this Court as counsel on behalf of Appellee Cook Children's Health Plan ("Cook Children's"). Under the authority of the Rules Governing Admission to the Bar of Texas, and in support of this motion, I declare the following:

1

1.    I am an attorney at the law firm and business address below:

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-8000

2.    I am associated with Amy Warr and Karen C. Burgess, who will serve as local counsel in this case.  Amy Warr and Karen C. Burgess are practicing attorneys and active members in good standing of the State Bar of Texas under Bar Nos. 00795708 and 00796276, respectively.  Karen C. Burgess is a partner with the law firm and business address listed below:

Burgess Law PC
404 West 13th Street
Austin, TX 78701-1825
Telephone: (512) 482-8808

Amy Warr is a partner with the law firm and business address listed below:

Alexander Dubose & Jefferson LLP
100 Congress Avenue, Suite 1450
Austin, Texas 78701-2709
Telephone: (512) 482-9300

3.    I was admitted pro hac vice in the 353rd Judicial District Court, Travis County, Texas in the matter of *Cook Children's Health Plan v. Cecile Erwin Young*.

4.    I am an active member in good standing with the highest court of the State of Washington.

5. I have not been the subject of disciplinary action in the last five years by the bar or courts of any jurisdiction where I have been licensed.

6. I have not been denied admission to any state or federal court during the last five years.

7. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of the members of the State Bar of Texas. I will at all times abide by and comply with these rules so long as this case is pending and I have not withdrawn as counsel from the proceeding.

8. Attached to this motion is a copy of the non-resident acknowledgment letter and proof of payment issued by the Board of Law Examiners (Exhibit A), and a copy of Amy Warr and Karen Burgess's Motion in Support which is filed concurrently with this motion (Exhibit B).

**PRAYER**

For these reasons, I ask the Court to grant my motion *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

Respectfully submitted,

July 16, 2025

/s/ *Matthew P. Gordon*
*(pro hac vice application pending)*
Email: MGordon@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: (206) 359-3486

**ATTORNEY FOR APPELLEE**
**COOK CHILDREN'S HEALTH PLAN**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 16, 2025, I conferred with counsel for all parties regarding this motion. Counsel for all parties confirmed that the motion is unopposed.

/s/ Matthew P. Gordon
Matthew P. Gordon

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, a true and correct copy of the foregoing was served via electronic service through eFileTexas e-filing system on all parties through counsel of record listed below:

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
William R. Peterson
Solicitor General
William F. Cole
Principal Deputy Solicitor General
State Bar No. 24124187
William.Cole@oag.texas.gov
Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov
Thomas Bevilacqua
Assistant Attorney General
Jennifer Cook
Assistant Attorney General
Stephanie A. Criscione
Assistant Attorney General
OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 12548 Capitol Station
Austin, Texas 78711-25848
Telephone: (512) 475-4104
Facsimile: (512) 320-0667

*Counsel for Appellant Cecile Erwin
Young, In Her Official Capacity as
Executive Commissioner of the Texas
Health and Human Services Commission*

Cheryl Joseph LaFond
clafond@scottdoug.com
Jason R. LaFond
jlafond@scottdoug.com
SCOTT, DOUGLAS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300

*Counsel for Molina Healthcare of
Texas, Inc.*

Joseph R. Knight
jknight@ebbklaw.com
EWELL, BROWN, BLANKE & KNIGHT
LLP
111 Congress Ave., 28th Floor
Austin, Texas 78701
Telephone: (512) 770-4010

*Counsel for Aetna Better Health of Texas, Inc.*

6

Susan Feigin Harris
susan.harris@nortonrosefulbright.com
Warren S. Huang
warren.huang@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151

Paul Trahan
paul.trahan@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201

Thomas A. Coulter
tom.coulter@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
799 9th Street, NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-0200

Jeff J. Wurzburg
Jeff.wurzburg@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
Texas State Bar No. 24105140
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575

*Counsel for Appellee Texas Children's
Health Plan*

Rich Phillips
rich.phillips@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Theresa Wanat
theresa.wanat@hklaw.com
HOLLAND & KNIGHT, LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 821-7000

Karen D. Walker
karen.walker@hklaw.com
HOLLAND & KNIGHT, LLP
315 S. Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 425-5612

James E. Cousar
james.cousar@hklaw.com
HOLLAND & KNIGHT, LLP
98 San Jacinto Blvd
Austin, Texas 78701
Telephone: (512) 469-6112

*Counsel for Appellee Superior Health Plan, Inc.*

Robert F. Johnson III
rjohnson@foley.com
FOLEY & LARDNER, LLP
600 Congress Avenue, Suite 3000
Austin, Texas 78701
Telephone: (512) 542-7000

Michelle Y. Ku
mku@foley.com
Brantley A. Smith
bsmith@foley.com
FOLEY & LARDNER, LLP,
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000

Benjamin J. Grossman,
bjgrossman@foley.com
FOLEY & LARDNER, LLP
106 E. College Ave., Suite 900,
Tallahassee, Florida 32301
Telephone: (850) 222-6100

*Counsel for Appellee Wellpoint Insurance
Company f/k/a Amerigroup Insurance
Company*

*/s/ Amy Warr*
  Amy Warr

# EXHIBIT A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

July 09, 2025

Matthew P. Gordon
Via: E-Mail

### Acknowledgment Letter
### Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

 **Non-resident attorney: Matthew P. Gordon**

 **Case: 15-24-00114-CV**

 **Texas court or body: IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

MAILING ADDRESS     TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300     STREET ADDRESS

Post Office Box 13486     WEBSITE: www.ble.texas.gov     205 West 14th Street, Ste.500

Austin,Texas 78711-3486     Austin, Texas 78701

# EXHIBIT B

No. 15-24-00114-CV

IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS

CECILE ERWIN YOUNG, IN HER OFFICIAL CAPACITY AS EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MOLINA HEALTHCARE OF TEXAS, INC., AND AETNA BETTER HEALTH OF TEXAS, INC., *Appellants,*

v.

COOK CHILDREN'S HEALTH PLAN; TEXAS CHILDREN'S HEALTH PLAN; SUPERIOR HEALTHPLAN, INC.; AND WELLPOINT INSURANCE COMPANY, *Appellees.*

On Appeal from the 455th Judicial District Court, Travis County, Texas
Cause No. D-1-GN-24-003839

MOTION IN SUPPORT OF MATTHEW P. GORDON'S
*PRO HAC VICE*

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

We, Karen C. Burgess and Amy Warr, file this Motion in Support of nonresident attorney Matthew P. Gordon's request for admission *Pro Hac Vice* and, in support, respectfully show the following:

1.    We are associated with Matthew P. Gordon of the law firm Perkins Coie LLP on this case. We are employed as attorneys on this case representing Appellee Cook Children's Health Plan and will personally participate in the proceedings.

2.    We are practicing attorneys and members in good standing with the State Bar of Texas. Our State Bar numbers, office addresses, telephone numbers, fax numbers, and e-mail addresses are included below our signatures.

3.    Matthew P. Gordon is a reputable attorney in good standing in his state and we recommend that the Court permit him to appear in the above-captioned proceeding before the Court.

For these reasons, we respectfully ask the Court to grant Matthew P. Gordon's Motion *Pro Hac Vice* and grant him permission to appear before this Court in this proceeding.

Respectfully submitted,

July 16, 2025

/s/ *Amy Warr*
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
**ALEXANDER DUBOSE & JEFFERSON LLP**
100 Congress Avenue, Suite 1450
Austin, Texas 78701-2709
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

/s/ *Karen C. Burgess*
Karen C. Burgess
State Bar No. 00796276
Email: KBurgess@burgesslawpc.com
Katie Dolan-Galaviz
State Bar No. 24069620
Email: KGalaviz@burgesslawpc.com
**BURGESS LAW PC**
404 West 13th Street
Austin, TX 78701-1825
Telephone: (512) 482-8808

**ATTORNEYS FOR APPELLEE
COOK CHILDREN'S HEALTH PLAN**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, a true and correct copy of the foregoing was served via electronic service through eFileTexas e-filing system on all parties through counsel of record listed below:

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
William R. Peterson
Solicitor General
William F. Cole
Principal Deputy Solicitor General
State Bar No. 24124187
William.Cole@oag.texas.gov
Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599
Cory.Scanlon@oag.texas.gov
Thomas Bevilacqua
Assistant Attorney General
Jennifer Cook
Assistant Attorney General
Stephanie A. Criscione
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 Capitol Station
Austin, Texas 78711-25848
Telephone: (512) 475-4104
Facsimile: (512) 320-0667

*Counsel for Appellant Cecile Erwin Young, In Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission*

Cheryl Joseph LaFond
clafond@scottdoug.com
Jason R. LaFond
jlafond@scottdoug.com
SCOTT, DOUGLAS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300

*Counsel for Molina Healthcare of Texas, Inc.*

Joseph R. Knight
jknight@ebbklaw.com
EWELL, BROWN, BLANKE & KNIGHT LLP
111 Congress Ave., 28th Floor
Austin, Texas 78701
Telephone: (512) 770-4010

*Counsel for Aetna Better Health of Texas, Inc.*

4

Susan Feigin Harris
susan.harris@nortonrosefulbright.com
Warren S. Huang
warren.huang@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151

Paul Trahan
paul.trahan@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Telephone: (512) 474-5201

Thomas A. Coulter
tom.coulter@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
799 9th Street, NW, Suite 1000
Washington, D.C. 20001
Telephone: (202) 662-0200

Jeff J. Wurzburg
Jeff.wurzburg@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US, LLP
Texas State Bar No. 24105140
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575

*Counsel for Appellee Texas Children's
Health Plan*

Rich Phillips
rich.phillips@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

Theresa Wanat
theresa.wanat@hklaw.com
HOLLAND & KNIGHT, LLP
811 Main Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 821-7000

Karen D. Walker
karen.walker@hklaw.com
HOLLAND & KNIGHT, LLP
315 S. Calhoun Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 425-5612

James E. Cousar
james.cousar@hklaw.com
HOLLAND & KNIGHT, LLP
98 San Jacinto Blvd
Austin, Texas 78701
Telephone: (512) 469-6112

*Counsel for Appellee Superior Health Plan, Inc.*

Robert F. Johnson III
rjohnson@foley.com
FOLEY & LARDNER, LLP
600 Congress Avenue, Suite 3000
Austin, Texas 78701
Telephone: (512) 542-7000

Michelle Y. Ku
mku@foley.com
Brantley A. Smith
bsmith@foley.com
FOLEY & LARDNER, LLP,
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-3000

Benjamin J. Grossman,
bjgrossman@foley.com
FOLEY & LARDNER, LLP
106 E. College Ave., Suite 900,
Tallahassee, Florida 32301
Telephone: (850) 222-6100

*Counsel for Appellee Wellpoint Insurance
Company f/k/a Amerigroup Insurance
Company*

*/s/ Amy Warr*
  Amy Warr

6

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stacey Jett on behalf of Amy Warr
Bar No. 795708
sjett@adjtlaw.com
Envelope ID: 103234337
Filing Code Description: Motion
Filing Description: Pro Hac Vice Motion (M. Gordon)
Status as of 7/17/2025 7:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 7/16/2025 6:59:11 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 7/16/2025 6:59:11 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 7/16/2025 6:59:11 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 7/16/2025 6:59:11 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/16/2025 6:59:11 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 7/16/2025 6:59:11 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 7/16/2025 6:59:11 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/16/2025 6:59:11 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 7/16/2025 6:59:11 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 7/16/2025 6:59:11 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 7/16/2025 6:59:11 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 7/16/2025 6:59:11 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/16/2025 6:59:11 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/16/2025 6:59:11 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stacey Jett on behalf of Amy Warr
Bar No. 795708
sjett@adjtlaw.com
Envelope ID: 103234337
Filing Code Description: Motion
Filing Description: Pro Hac Vice Motion (M. Gordon)
Status as of 7/17/2025 7:39 AM CST

Case Contacts

| Kristin Hernandez | | kristin.hernandez@foley.com | 7/16/2025 6:59:11 PM | SENT |
|---|---|---|---|---|
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 7/16/2025 6:59:11 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 7/16/2025 6:59:11 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 7/16/2025 6:59:11 PM | SENT |
| David Johns | | david@cobbjohns.com | 7/16/2025 6:59:11 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 7/16/2025 6:59:11 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 7/16/2025 6:59:11 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 7/16/2025 6:59:11 PM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/16/2025 6:59:11 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 7/16/2025 6:59:11 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 7/16/2025 6:59:11 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 7/16/2025 6:59:11 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 7/16/2025 6:59:11 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 7/16/2025 6:59:11 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 7/16/2025 6:59:11 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 7/16/2025 6:59:11 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 7/16/2025 6:59:11 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 7/16/2025 6:59:11 PM | SENT |